√#115 #129105

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF OHIO

FILED
2010 DEC -2 PM 2: 15
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

| | | |
|---|---|---|
| In re: REISING, JAMES R.<br>REISING, KIMBERLY | ) | Case No. 09-37483 |
| | ) | Chapter 7 |
| Debtor(s). | ) | Judge: MARY ANN WHIPPLE |

### TRANSMITTAL OF UNCLAIMED FUNDS

John N. Graham, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

Palisades Acquisition IX LLC, PO Box 1924, Sugar Land, TX 77496    $11.85
Palisades Acquisition IX LLC, Same    8.33

2. Your Trustee's check for $20.18 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

Date: 11/24/2010

_____
John N. Graham, Trustee

Cc: United States Trustee